■ In the Matter of NIAGARA FALLS FIRE DEPARTMENT OFFICERS ASSOCIATION, by its President, FRANK EUGENI, Appellant, v KENNETH W. BOWSER, as Fire Chief of Niagara Falls Fire Department, et al., Respondents.—Judgment unanimously affirmed without costs for reasons stated in memorandum decision at Supreme Court, Joslin, J. (Appeal from judgment of Supreme Court, Niagara County, Joslin, J.—art 78.) Present—Dillon, P. J., Doerr, Boomer, Green and Balio, JJ.

■ SARAH BARNES, as Conservator of the Property of JAMES E. JOHNSON, Appellant, v COUNTY OF ERIE et al., Respondents, et al., Defendants.—Order unanimously affirmed with costs for reasons stated in memorandum decision at Special Term, Gossel, J. (Appeal from order of Supreme Court, Erie County, Gossel, J.—medical malpractice.) Present—Dillon, P. J., Doerr, Boomer, Green and Balio, JJ.

■ In the Matter of ANDRE SCOTT, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed (see, People ex rel. Douglas v Vincent, 50 NY2d 901; People ex rel. Scott v Superintendent, 112 AD2d 502, appeal dismissed 67 NY2d 646; People ex rel. House v Jones, 102 AD2d 908). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J.—habeas corpus.) Present—Dillon, P. J., Denman, Pine, Lawton and Davis, JJ.